**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kayshia Green,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Receivables Performance Management LLC,<br><br>　　　　　　　Defendant. | **NO. CV-14-02425-PHX-SRB**<br><br>**JUDGMENT IN A CIVIL CASE** |

　　　Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant Receivables Performance Management LLC in the amount of $10,501.00 and this action is hereby terminated.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 10, 2015

　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　By　Deputy Clerk