# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kayshia Green,<br><br>    Plaintiff,<br><br>v.<br><br>Receivables Performance Management LLC,<br><br>    Defendant. | NO. CV-14-02425-PHX-SRB<br><br>**AMENDED**<br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant Receivables Performance Management LLC in the amount of $10,901.00 and this action is hereby terminated.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

September 10, 2015

                                        s/ Rebecca Kobza
                                 By   Deputy Clerk